# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DAVID L. GLENN,**

    **Plaintiff,**

**v.**                                                              Case No.  8:06-cv-544-T-30TGW

**BROADSPIRE SERVICES, INC., et al.,**

    **Defendants.**

_____/

## **ORDER OF DISMISSAL**

The Court has been advised via a Mediation Report (Dkt. #21) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on September 26, 2006.

                                                                          /s/ James S. Moody, Jr.
                                                                          JAMES S. MOODY, JR.
                                                                          UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2006\06-cv-544.dismissal 21.wpd